In the Matter of the Accounting of BERTHA L. DE VARONA, as Successor Trustee under a Deed. of Trust Entered into Between IGNATIUS M. DE VARONA, AGO., as Settlor, and AMY B. DE VARONA, as Trustee. BERTHA L. DE VARONA, Individually and as Successor Trustee, et al., Appellants. JOSEPHINE L. DE V. WILLIAMS et al., Respondents.

Argued May 24, 1949; decided July 19, 1949.

*John F. X. Finn, John A. Anderson* and *Carmelo J. Pernicone* for appellants.

*Ambrose V. McCall, Eugene L. Garey* and *Frank X. Cronan* for Josephine L. de V. Williams, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.